UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN MAESTAZ, | ) | Case No. CV 11-9479 VAP(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RAUL LOPEZ, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: ___January 22, 2013_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE